# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-19-00107-CV

**Sergio Gutierrez, Appellant**

**v.**

**Rita Serna, Appellee**

### FROM THE 22ND DISTRICT COURT OF HAYS COUNTY
### NO. 18-2415, THE HONORABLE WILLIAM R. HENRY, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Sergio Gutierrez has filed an unopposed motion to dismiss this appeal. In addition, appellant has requested that mandate issue immediately and that costs should be taxed against appellant. We grant appellant's motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a).

_____

Edward Smith, Justice

Before Chief Justice Rose, Justices Kelly and Smith

Dismissed on Appellant's Motion

Filed: June 26, 2019